# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER EXTENDING PRETRIAL** |
| Plaintiff, | ) | **MOTIONS DEADLINE** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:06-cr-007 |
| Allen M. Kraft, | ) | |
| | ) | |
| Defendant. | ) | |

On January 31, 2006, the undersigned entered a Pretrial Order advising the parties that a trial in this matter had been scheduled for April 4, 2006. The Pretrial Order instructed that all motions, except motions in limine and motions to continue, were to be filed by March 6, 2006.

On March 21, 2006, the defendant filed a motion to continue all dates contained in the Pretrial Order. The court subsequently granted the defendant's motion to the extent that it requested a continuance of trial, rescheduled the trial for May 11, 2006, and directed that the pretrial motions deadline be adjusted accordingly.

The Pretrial Order is, therefore, amended as follows: all motions, except motions in limine and motions to continue, shall be filed on or before April 14, 2006. Motions in limine and proposed jury instructions shall be filed at least five (5) court days before trial.

**IT IS SO ORDERED.**

Dated this 23nd day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge